**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

*In the matter of a subpoena issued in the case of:*

| | |
|---|---|
| **VAAD L'HAFOTZAS SICHOS, INC. and ZALMAN CHANIN,** ) | Miscellaneous Case No.: 13MC407 |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 11-5658 (FB)(JO) |
| **v.** ) | *Case Pending in the United States* |
| ) | *District Court for the Eastern District* |
| **CHAIM YEHUDAH KRINSKY, YOSSEF B.** ) | *of New York,* Honorable Frederic Block |
| **FRIEDMAN, MERKOS L'INYONEI** ) | |
| **CHINUCH, INC., MERKOS L'INYONEI** ) | |
| **CHINUCH, and AGUDAS CHASIDEI** ) | |
| **CHABAD OF THE UNITED STATES,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## <u>NOTICE OF DISMISSAL</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Defendants Merkos L'Inyonei Chinuch, Inc. and

Merkos Lyinyonei Chinuch hereby give notice of the voluntary dismissal of the above-captioned

miscellaneous action without prejudice and without costs.

Dated: January 15, 2014          Respectfully submitted,

<u>/s/ Jonathan A. Auerbach</u>
Ira J. Levy
Frederick R. McGowen
Joseph B. Crystal
Jonathan A. Auerbach
Rivka Jungreis
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

Tel.:  (212) 813-8800
Fax:  (212) 355-3333

*Counsel for Merkos L'Inyonei Chinuch, Inc. and Merkos Lyinyonei Chinuch*

2